# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Tiffany Grace<br>    *Plaintiff*<br><br>v.<br><br>United Credit Recovery, LLC<br>    *Defendant*<br>Serve:<br>    Business Filings Inc.<br>    108 West 13th Street<br>    Wilmington, DE 19801<br><br>World Recovery Service. LLC<br>    *Defendant*<br>Serve:<br>    Business Filings Inc.<br>    108 West 13th Street<br>    Wilmington, DE 19801 | Case No.   3:13CV-1209-H |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

    1.    This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

    2.    Overwhelmed by medical and other debt, Plaintiff Tiffany Grace filed for Chapter 7 Bankruptcy relief on July 12, 2013. The Bankruptcy Court for the Western District of Kentucky entered an order discharging her debts on October 25, 2013. Coincidentally on the same day, Defendant World Recovery Service, LLC ("World Recovery") sent Ms. Grace a dunning letter on behalf of Defendant United Credit Recovery, LLC ("UCR").

    3.    World Recovery's dunning letter was an attempt to collect a charged-off U.S. Bank credit card debt currently owned by UCR. The dunning letter added $1,378.10 in interest to a debt with a principal amount of $787.43, or over 175% of the principal amount of the debt.

    3.    World Recovery and UCR violated the FDCPA by attempting to collect a usurious amount of interest from her that neither had a legal right to accrue or collect and by falsely representing that she owed a debt that had been discharged in bankruptcy.

## JURISDICTION

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

## PARTIES

5. Plaintiff Tiffany Grace is a natural person who resides in Jefferson County, Ky. Ms. Grace is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

6. Defendant World Recovery, LLC is a foreign limited liability company, which has not registered with the Kentucky Secretary of State. World Recovery is engaged in the business of purchasing debt from creditors and collecting these debts from consumers in this state, and/or collecting debts on behalf of others. World Recovery's principal place of business is 701 International Parkway, Ste. 400, Lake Mary, FL 32746.

7. World Recovery regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

8. Defendant United Credit Recovery, LLC is a foreign limited liability company, which has not registered with the Kentucky Secretary of State. UCR is engaged in the business of purchasing debt from creditors and collecting these debts from consumers in this state, and/or collecting debts on behalf of others. UCR's principal place of business 5224 W. State Road 46 #319, Sanford, FL 32771.

9. UCR regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

10. Ms. Grace filed for Chapter 7 Bankruptcy relief on July 21, 2013, Case No. 13-32781.

11. On October 25, 2013, the U.S. Bankruptcy Court for the Western District of Kentucky issued an Order of Discharge in Ms. Grace's case that provides in pertinent part:

> It appearing that the debtor is entitled to a discharge,
> **IT IS ORDERED:**
> The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

12. Also on October 25, 2013, World Recovery sent Ms. Grace a dunning letter on behalf of UCR that provides in pertinent part:

```
10/25/2013

File No: 6603802131
Tiffany R. Grace
1730 Bachmann Drive 1
Louisville, KY 40216

Client:              UCR
Original Creditor:   US Bank
Account Number:      DDA145804952128
Principal Due:       $787.43
Interest Due:        $1378.10
Balance Due:         $2165.53

Dear Tiffany R. Grace:

The above referenced account has been placed with our office for collection.
Be advised that our company has been contracted by the above referenced client to represent them in
reference to your past due balance. We understand that this debt could be an oversight on your part so your
prompt payment of the balance due will settle this matter.
For your convenience you may make your payment with a check, debit or credit card over the phone at no
additional cost to you. Call us and one of our representatives will be available to assist you. You may also
make your remittance via Money Gram:

Ref No:       6603802131            Company Name: American Debt Sales
City & State: Lake Mary, FL         Receive Code:  7970
```

(A copy of World Recovery's October 25th letter is attached as Exhibit "A.").

13. Ms. Grace recalls having U.S. Bank credit card.

11. Ms. Grace used her U.S. Bank credit card only for personal, family or household purposes, which makes the credit card account a "debt" within the meaning of the FDCPA.

12. World Recovery's October 25th dunning letter falsely claims that Ms. Grace owes a principal amount of $787.43 and interest in the amount of $1,378.10 on the U.S. Bank credit card debt.

13. World Recovery's claims in the October 25th dunning letter are false because U.S. Bank credit card debt was discharged in her bankruptcy case and because it includes a usurious rate of interest neither World Recovery nor UCR have a legal right to accrue and recover from Ms. Grace.

### Claims for Relief: Violation of the Fair Debt Collection Practices Act

14. The foregoing acts and omissions of World Recovery Service, LLC and United Credit Recovery, LLC constitute violations of the FDCPA, including, but not limited to:

    a. Violation of 15 U.S.C. §1692e(2)(A): World Recovery and/or UCR falsely represented the amount owed on Ms. Grace's U.S. Bank credit card debt by adding interest or fees to the debts that neither had a legal right to collect from Ms. Grace, and World Recovery and/or UCR falsely represented in the October 25th dunning letter that Ms. Grace owed a debt that had been discharged in bankruptcy;

      **b.**    Violation of 15 U.S.C. §1692e(5): World Recovery and/or UCR attempted to collect interest on Ms. Grace's U.S. Bank credit card debt by adding interest or fees to the debts that neither had a legal right to collect from Ms. Grace thereby threatening to take an action that cannot legally be taken;

      **c.**    Violation of 15 U.S.C. §1692e(10): World Recovery and/or UCR falsely represented the amount owed on Ms. Grace's U.S. Bank credit card debt by adding interest or fees to the debts that neither had a legal right to collect from Ms. Grace, and World Recovery and/or UCR falsely represented in the October 25th dunning letter that Ms. Grace owed a debt that had been discharged in bankruptcy; and

      **d.**    Violation of 15 U.S.C. § 1692f(1): World Recovery and/or UCR attempted to collect an amount not "authorized by the agreement creating the debt or permitted by law" in violation of 15 U.S.C. § 1692f(1) by, including but not limited to attempting to collect interest and/or fees on Ms. Grace's U.S. Bank credit card debt debts that World Recovery and/or UCR have neither a contractual nor statutory right to collect.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Tiffany Grace requests that the Court grant the following relief:

1.    Award Plaintiff actual damages;

2.    Award Plaintiff statutory damages;

3.    Award Plaintiff reasonable attorney's fees and costs; and

4.    Such other relief as may be just and proper.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyclc.com

**James McKenzie**
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzieatty.com