# INVOICE

| INVOICE NUMBER | 2 |
|---|---|
| INVOICE DATE | OCTOBER 09, 2014 |

FROM:
Lawson at Law, PLLC

BILL TO:
Tiffany Grace
1730 Bachman Drive
Apt. 1
Louisville, KY 40216

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-01-13 | UCB | Review Client's credit report. Discuss UCB and World Recovery debt re: U.S. Bank. | 1.00 | $250.00 | $250.00 |
| DEC-03-13 | UCB | Research Defendants. Look for other cases filed by and against defendants. Find incorporation and service of process info. | 0.50 | $250.00 | $125.00 |
| DEC-12-13 | UCB | begin drafting second complaint against United Credit and World Recovery. Research both entities. | 3.50 | $250.00 | $875.00 |
| DEC-14-13 | UCB | Final draft of complaint. Prepare exhibits and summons. | 1.00 | $250.00 | $250.00 |
| AUG-15-14 | UCB | Draft and file motions for default judgment. | 1.00 | $250.00 | $250.00 |
| | | | | TOTAL | $1,750.00 |