UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Tiffany Grace<br>    *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No.    3:13-cv-01209-JGH |
| United Credit Recovery, LLC, *et al.*<br>    *Defendant* | ) ) ) ) | |

**ORDER**

The Court entered default judgment against Defendants United Credit Recovery, LLC and World Recovery Service. LLC on September 16, 2014 awarding Plaintiff $1,000.00 in statutory damages under 15 U.S.C. § 1692k against each Defendant. Plaintiff has filed a Bill of Costs including costs of bringing the action and her reasonable attorney's fees. The Court having reviewed the Bill of Costs and being otherwise sufficiently advised, Plaintiff is HEREBY AWARDED $1,000.00 in statutory damages against each Defendant and $1,750.00 in costs and attorneys' fees under 15 U.S.C. § 1692k(a)(3) against Defendants jointly and severally liable.

Tendered by:

**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyclc.com